■ SAMINA KHAN, Respondent, v FARRUKH KHAN, Appellant. [936 NYS2d 566]—

The Supreme Court properly awarded the plaintiff an annulment on the ground of fraud, as its determination was warranted by the evidence adduced at trial (*see* Domestic Relations Law § 140 [e]; *Northern Westchester Professional Park Assoc. v Town of Bedford*, 60 NY2d 492, 499 [1983]; *Kober v Kober*, 16 NY2d 191 [1965]). The plaintiff demonstrated that her consent to the marriage was procured by material fraud that was of such a nature as to deceive an ordinarily prudent person (*see Murray v Murray*, 271 AD2d 587 [2000]; *Sabbagh v Copti*, 251 AD2d 149 [1998]). Furthermore, there was sufficient evidence at trial to prove that the plaintiff did not continue the marital relationship after discovery of the fraud (*see* Domestic Relations Law § 140 [e]; *see generally Cohen v Hallmark Cards*, 45 NY2d 493, 499 [1978]).

The parties' remaining contentions either are without merit or need not be reached in light of our determination. Skelos, J.P., Hall, Austin and Miller, JJ., concur.